CARLTON KRAFT *v.* JOSEPH MAILE
(4097)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Argued November 7—decision released December 17, 1985

*Joseph Maile,* pro se, the appellant (defendant).
*John K. Currie,* for the appellee (plaintiff).

PER CURIAM. This appeal by the defendant attacks a judgment rendered by the trial court on the ground

that the court found facts without evidence to support those facts. An appellate court may not retry facts and its duty upon review when such a claim is made is limited to a determination of whether the trial court's judgment was clearly erroneous in this respect. A careful review of the record and briefs in this appeal leads to the conclusion that the trial court was not in error.

There is no error.